FORM 9. Certificate of Interest

Form 9
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc.   v.   Google Inc.

Case No. 17-1118

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☑ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Oracle America, Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Oracle America, Inc. | None | Oracle Corporation |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

See Attachment A.

November 4, 2016
Date

/s/ E. Joshua Rosenkranz
Signature of counsel

Please Note: All questions must be answered

E. Joshua Rosenkranz
Printed name of counsel

cc: Counsel of Record

Reset Fields

# ATTACHMENT A

4. The following law firms and partners or associates appeared for Oracle America, Inc. in the Northern District of California or are expected to appear in this Court (and have not or will not enter an appearance in this case):

ORRICK, HERRINGTON & SUTCLIFFE LLP

Alyssa M. Caridis
Jeffrey L. Cox
Michelle O'Meara Cousineau
Kelly M. Daley
Vickie Feeman
Melinda Haag
Karen G. Johnson-McKewan
Ayanna Lewis-Gruss
Randall S. Luskey
Elizabeth C. McBride (no longer with firm)
Denise M. Mingrone
Geoffrey G. Moss
Gabriel M. Ramsey
Nathan D. Shaffer
Robert P. Varian
Christina M. Von Der Ahe

KIRKLAND & ELLIS LLP

Susan Davies
Sean Fernandes
Diana M. Torres

MORRISON & FOERSTER LLP

Ruchika Agrawal (no longer with firm)
Richard S. Ballinger (no longer with firm)
Michael A. Jacobs
Rudolph Kim
Kenneth A. Kuwayti
Daniel P. Muino
Marc David Peters
Roman A. Swoopes (no longer with firm)
Yuka Teraguchi
Mark E. Ungerman (no longer with firm)

Boies, Schiller & Flexner LLP

David Boies
Meredith R. Dearborn
Steven C. Holtzman
William F. Norton, Jr.
Beko Osiris Ra Reblitz-Richardson
Alanna Rutherford