# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc.  v.  Google Inc.

No. 17-1118

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  Google Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Daryl L. Joseffer
Law Firm: King & Spalding LLP
Address: 1700 Pennsylvania Avenue, NW
City, State and Zip: Washington, DC 20006
Telephone: (202) 626-2388
Fax #: (202) 626-3737
E-mail address: djoseffer@kslaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 04/30/2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  Nov 9, 2016    Signature of pro se or counsel  /s/ Daryl L. Joseffer

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Nov. 9, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Daryl L. Joseffer | /s/ Daryl L. Joseffer |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | King & Spalding LLP |
| Address | 1700 Pennsylvania Ave. NW |
| City, State, Zip | Washington, D.C. 20006 |
| Telephone Number | (202) 737-0500 |
| Fax Number | (202) 626-3737 |
| E-Mail Address | djoseffer@kslaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields