# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc.      v.      Google Inc.

No.      17-1118

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☒ As counsel for:      Google Inc.

                                      Name of party

I am, or the party I represent is (select one):

☐ Petitioner      ☐ Respondent      ☐ Amicus curiae      ☐ Cross Appellant

☐ Appellant      ☒ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant      ☐ Respondent or appellee

Name:      Bruce W. Baber

Law Firm:      King & Spalding LLP

Address:      1180 Peachtree Street, N.E.

City, State and Zip:      Atlanta, Georgia  30309-3521

Telephone:      (404) 572-4600

Fax #:      (404) 572-5100

E-mail address:      bbaber@kslaw.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):      10/09/1985

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):    ☐ Yes      ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date    Nov 9, 2016      Signature of pro se or counsel    /s/ Bruce W. Baber

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   Nov. 9, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Bruce W. Baber | /s/ Bruce W. Baber |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | King & Spalding LLP |
| Address | 1180 Peachtree Street, N.E. |
| City, State, Zip | Atlanta, Georgia  30309-3521 |
| Telephone Number | (404) 572-4600 |
| Fax Number | (404) 572-5100 |
| E-Mail Address | bbaber@kslaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields