# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc.   v.   Google Inc.

Case No.   17-1118

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☒ (appellee) ☐ (amicus) ☐ (name of party)

Google Inc.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Google Inc. | Google Inc. | Alphabet Inc. (GOOG, GOOGL) |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

See attached Exhibit A.

Nov 9, 2016
Date

/s/ Daryl L. Joseffer
Signature of counsel

Please Note: All questions must be answered

Daryl L. Joseffer
Printed name of counsel

cc:

Reset Fields

**Exhibit A**

| **King & Spalding LLP** | **Keker & Van Nest LLP** |
|---|---|
| Christopher C. Carnaval | Christa M. Andersen |
| Geoffrey M. Ezgar | Edward Andrew Bayley |
| Truman Haymaker Fenton | Elizabeth Ann Egan |
| Mark H. Francis | Sarah Brienne Faulkner |
| Robert F. Perry | Steven A. Hirsch |
| Cheryl A. Sabnis | Matthias Andreas Kamber |
| Steven T. Snyder | Maya Beth Karwande |
| Scott T. Weingaertner | Michael S. Kwun |
| Joseph Richard Wetzel | Kate Ellis Lazarus |
| Donald Frederick Zimmer, Jr. | Reid Patrick Mullen |
| | Eugene Morris Paige |
| **Greenberg Traurig LLP** | Daniel Edward Purcell |
| Ian Ballon | Steven Ragland |
| Valerie Wing Ho | Robert Addy Van Nest |
| Wendy Michelle Mantell | David Zimmer |
| Heather Janine Meeker | |
| Dana K. Powers | |
| Luis Villa, IV | |

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Nov. 9, 2016  by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Daryl L. Joseffer | /s/ Daryl L. Joseffer |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | King & Spalding LLP |
| Address | 1700 Pennsylvania Ave. NW |
| City, State, Zip | Washington, D.C. 20006 |
| Telephone Number | (202) 737-0500 |
| Fax Number | (202) 626-3737 |
| E-Mail Address | djoseffer@kslaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields