# Nos. 17-1118, -1202

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

ORACLE AMERICA, INC.

*Plaintiff-Appellant*

v.

GOOGLE, INC.

*Defendant–Cross-Appellant*

On Appeal from the U.S. District Court for the N.D. of California
Case No. 3:10-cv-03561-WHA

## UNOPPOSED MOTION FOR CROSS-APPELLANT GOOGLE INC. TO WITHDRAW ADAM M. CONRAD AS COUNSEL

| | |
|---|---|
| Bruce Baber<br>KING & SPALDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521<br>Telephone: (404) 572-4826<br>Facsimile: (404) 572-5100<br>bbaber@kslaw.com | Daryl L. Joseffer<br>KING & SPALDING LLP<br>1700 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 737-0500<br>Facsimile: (202) 626-3737<br>djoseffer@kslaw.com |
| | Ethan P. Davis<br>KING & SPALDING LLP<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 318-1224<br>Facsimile: (415) 318-1300<br>edavis@kslaw.com |

*Counsel for Google Inc.*

December 22, 2016

# CERTIFICATE OF INTEREST

Counsel for Cross-Appellant Google Inc. certifies the following:

1. The full name of the party represented by me is Google Inc.

2. The name of the real party in interest is Google Inc.

3. Alphabet Inc., a publicly traded company (NASDAQ: GOOG, GOOGL), has more than 10% ownership of Google Inc. No publicly held company owns 10% or more of Alphabet Inc.'s stock.

4. The names of all firms and the partners or associates that appeared for the parties now represented by me in the trial court or are expected to appear in this Court are:

Please see Exhibit A.

December 22, 2016            /s/ Daryl L. Joseffer
                                                   Daryl L. Joseffer

Cross-Appellant Google Inc. hereby moves to be permitted to withdraw Adam M. Conrad of King & Spalding LLP, as counsel in this matter.

Cross-Appellant Google Inc. continues to be represented in this appeal by other counsel of record.

Pursuant to Federal Circuit Rule 27(a)(5), movant has conferred with counsel for Appellant Oracle America, Inc. regarding this motion, and counsel for Appellant Oracle America, Inc. has consented to and will not file a response to this motion.

                                        Respectfully submitted,

                                        /s/ Daryl L. Joseffer

Bruce Baber  
KING & SPALDING LLP  
1180 Peachtree Street, NE  
Atlanta, GA 30309-3521  
Telephone: (404) 572-4826  
Facsimile: (404) 572-5100  
bbaber@kslaw.com

Daryl L. Joseffer  
KING & SPALDING LLP  
1700 Pennsylvania Ave, NW  
Washington, DC 20006  
Telephone: (202) 737-0500  
Facsimile: (202) 626-3737  
djoseffer@kslaw.com

Ethan P. Davis  
KING & SPALDING LLP  
101 Second Street, Suite 2300  
San Francisco, CA 94105  
Telephone: (415) 318-1224  
Facsimile: (415) 318-1300  
edavis@kslaw.com

Dated: December 22, 2016

# EXHIBIT A

**King & Spalding LLP**

Christopher C. Carnaval
Geoffrey M. Ezgar
Truman Haymaker Fenton
Mark H. Francis
Robert F. Perry
Cheryl A. Sabnis
Steven T. Snyder
Scott T. Weingaertner
Joseph Richard Wetzel
Donald Frederick Zimmer, Jr.
Daryl L. Joseffer
Bruce Baber
Adam M. Conrad
Ethan P. Davis

**Greenberg Traurig LLP**

Ian Ballon
Valerie Wing Ho
Wendy Michelle Mantell
Heather Janine Meeker
Dana K. Powers
Luis Villa, IV

**Keker & Van Nest LLP**

Christa M. Andersen
Edward Andrew Bayley
Elizabeth Ann Egan
Sarah Brienne Faulkner
Steven A. Hirsch
Matthias Andreas Kamber
Maya Beth Karwande
Michael S. Kwun
Kate Ellis Lazarus
Reid Patrick Mullen
Eugene Morris Paige
Daniel Edward Purcell
Steven Ragland
Robert Addy Van Nest
David Zimmer

**CERTIFICATE OF SERVICE**

      I certify that on December 22, 2016, I caused the foregoing to be filed with the Court electronically using the CM/ECF system, which will send a notification to all counsel of record.

December 22, 2016            /s/ Daryl L. Joseffer
                                             Daryl L. Joseffer