# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc.     v.     Google Inc.

No. 17-1118, -1202

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Oracle America, Inc.
                                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Deborah K. Miller |
| Law Firm: | Oracle America, Inc. |
| Address: | 500 Oracle Parkway |
| City, State and Zip: | Redwood Shores, CA 94065 |
| Telephone: | 650-506-5200 |
| Fax #: | 650-506-7114 |
| E-mail address: | deborah.miller@oracle.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/2/2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date February 10, 2017     Signature of pro se or counsel /s/ Deborah K. Miller

cc: Counsel of Record

Reset Fields