FORM 8. Entry of Appearance

Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORACLE AMERICA, INC. v. GOOGLE INC.

No. 17-1118

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: PACA, Digital Media Licensing Association, Inc.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☒ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Lindsay W. Bowen |
| Law Firm: | Cowan DeBaets Abrahams & Sheppard LLP |
| Address: | 41 Madison Avenue, 38th floor |
| City, State and Zip: | New York, New York 10010 |
| Telephone: | 212-974-7474 |
| Fax #: | |
| E-mail address: | lbowen@cdas.com, managingclerk@cdas.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/27/2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date February 16, 2017    Signature of pro se or counsel /s/Lindsay W. Bowen

cc: All counsel of record via CM/ECF

Reset Fields