# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORACLE AMERICA, INC.    v.    GOOGLE INC.

No.    17-1118

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    PACA, Digital Media Licensing Association, Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☒ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

Name: Scott J. Sholder
Law Firm: Cowan DeBaets Abrahams & Sheppard LLP
Address: 41 Madison Avenue, 38th floor
City, State and Zip: New York, New York 10010
Telephone: 212-974-7474
Fax #:
E-mail address: ssholder@cdas.com, managingclerk@cdas.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/17/2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date February 16, 2017    Signature of pro se or counsel    /s/Scott J. Sholder

cc: All counsel of record via CM/ECF

Reset Fields