FORM 8. Entry of Appearance

Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORACLE AMERICA, INC. v. GOOGLE INC.

No. 17-1118, 1202

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: New York Intellectual Property Law Association
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☒ Amicus curiae   ☐ Cross Appellant

☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: Daniel J. Brooks
Law Firm: Scarola Malone & Zubatov LLP
Address: 1700 Broadway
City, State and Zip: New York, New York 10019
Telephone: (212) 757-0007
Fax #: (212) 757-2863
E-mail address: dbrooks@smzllp.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date February 17, 2017   Signature of pro se or counsel /s/ Daniel J. Brooks

cc: _____

Reset Fields

CERTIFICATE OF FILING AND SERVICE

I, Robyn Cocho, hereby certify pursuant to Fed. R. App. P. 25(d) that, on February 17, 2017 the foregoing Entry of Appearance was filed through the CM/ECF system and served electronically on parties in the case

/s/ Robyn Cocho
Robyn Cocho