FORM 8.  **Entry of Appearance**                                     Form 8
                                                                     Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc. _____ v. _____ Google Inc. _____

No. _____ 17-1118, -1202 _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  New York Intellectual Property Law Association ____

                                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☒ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

Name:                    Charles R. Macedo _____
Law Firm:                Amster, Rothstein & Ebenstein LLP _____
Address:                 90 Park Avenue _____
City, State and Zip:     New York, NY 10016 _____
Telephone:               (212) 336-8074 _____
Fax #:                   (212) 336-8001 _____
E-mail address:          CMacedo@arelaw.com _____

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  03/03/1990 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  02/17/2017 _____  Signature of pro se or counsel _____

cc:    ECF Service List _____

Reset Fields

<u>CERTIFICATE OF FILING AND SERVICE</u>

I, Robyn Cocho, hereby certify pursuant to Fed. R. App. P. 25(d) that, on February

17, 2017 the foregoing Entry of Appearance was filed through the CM/ECF system

and served electronically on parties in the case

<u>/s/ Robyn Cocho</u>
Robyn Cocho