# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc. _____ v. _____ Google Inc.

No. _____ 2017-1118 & 2017-1202 _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se        ☒ As counsel for: _____ Scott McNealy and Brian Sutphin _____

Name of party

I am, or the party I represent is (select one):

☐ Petitioner        ☐ Respondent        ☒ Amicus curiae        ☐ Cross Appellant

☐ Appellant        ☐ Appellee        ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant        ☐ Respondent or appellee

Name: _____ Steven T. Cottreau _____

Law Firm: _____ Clifford Chance US LLP _____

Address: _____ 2001 K St. NW _____

City, State and Zip: _____ Washington, DC 20006 _____

Telephone: _____ 202-912-5000 _____

Fax #: _____ 202-912-6000 _____

E-mail address: _____ steve.cottreau@cliffordchance.com _____

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____ 02/12/2013 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes        ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date _____ Feb 17, 2017 _____        Signature of pro se or counsel _____ /s Steven T. Cottreau _____

cc: _____

Reset Fields

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, I electronically filed a copy of this Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Appellate CM/ECF system, which will automatically send email notification of such filing to all counsel of record:

Dated:  February 17, 2017

/s/ Steven T. Cottreau
Steven T. Cottreau (Counsel of Record)
*Counsel for Amici Curiae*