# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORACLE AMERICA, INC.,    v.    GOOGLE INC.,

No. 2017-1118

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Eugene H. Spafford, Ph.D., Zhi Ding, Ph.D., Adam Porter, Ph.D., and Ken Castleman, Ph.D.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☒ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Jared Bobrow |
| Law Firm: | WEIL, GOTSHAL & MANGES LLP |
| Address: | 201 Redwood Shores Parkway |
| City, State and Zip: | Redwood Shores, CA 94065 |
| Telephone: | 650 802 3000 |
| Fax #: | 650 802 3100 |
| E-mail address: | jared.bobrow@weil.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 4/12/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 2-16-2017    Signature of pro se or counsel /s/ Jared Bobrow

cc: All Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  2/17/2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Jared Bobrow | /s/ Jared Bobrow |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | WEIL, GOTSHAL & MANGES LLP |
| Address | 201 Redwood Shores Parkway |
| City, State, Zip | Redwood Shores, CA  94065 |
| Telephone Number | 650 802 3000 |
| Fax Number | 650 802 3100 |
| E-Mail Address | jared.bobrow@weil.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields