# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc.    v.    Google Inc.

No.    17-1118 & 17-1202

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: Recording Industry Association of America and Association of American Publishers

Name of party

I am, or the party I represent is (select one):

- ☐ Petitioner
- ☐ Respondent
- ☒ Amicus curiae
- ☐ Cross Appellant
- ☐ Appellant
- ☐ Appellee
- ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

- ☒ Petitioner or appellant
- ☐ Respondent or appellee

| | |
|---|---|
| Name: | William M. Jay |
| Law Firm: | GOODWIN PROCTER LLP |
| Address: | 901 New York Avenue |
| City, State and Zip: | Washington, D.C. 20001 |
| Telephone: | (202) 346-4000 |
| Fax #: | (202) 346-4444 |
| E-mail address: | wjay@goodwinlaw.com |

Statement to be completed by counsel only (select one):

- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/5/2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date Feb 17, 2017    Signature of pro se or counsel /s/ William M. Jay

cc: All Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  02/17/2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| William M. Jay | /s/ William M. Jay |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Goodwin Procter LLP |
| Address | 901 New York Avenue NW |
| City, State, Zip | Washington, DC 20001 |
| Telephone Number | (202) 346-4000 |
| Fax Number | (202) 346-4444 |
| E-Mail Address | WJay@goodwinlaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields