# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Nos. 2017-1118, 2017-1202

ORACLE AMERICA, INC.

v.

GOOGLE INC.

**ENTRY OF APPEARANCE**

Please enter my appearance (select one):

   ___ Pro Se    _x_ As counsel for:   Ralph Oman
                                                              Name of parties

I am, or the party I represent is (select one):

   ___ Petitioner    ___ Respondent    _x_ Amicus curiae    ___ Cross Appellants

   ___ Appellant    ___ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

   _x_ Petitioner or appellant      ___ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Evangeline A.Z. Burbidge |
| Law firm: | Lewis & Llewellyn LLP |
| Address: | 505 Montgomery Street, Suite 1300 |
| City, State and ZIP: | San Francisco, CA 94111 |
| Telephone: | (415) 800-0590 |
| Fax #: | (415) 390-2127 |
| E-mail address: | eburbidge@lewisllewellyn.com |

Statement to be completed by counsel only (select one):

___ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

___ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_x_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 7, 2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_x_ Yes          ___ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

February 17, 2017                           /s/ Evangeline A.Z. Burbidge
          Date                                          Signature of counsel

cc: Counsel of Record (*see* Certificate of Service)

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2017, I caused the foregoing to be served by electronic means through the Court's CM/ECF system on all counsel who are registered CM/ECF users.

 

*/s/ Evangeline A.Z. Burbidge*
Evangeline A.Z. Burbidge