FORM 9. Certificate of Interest

Form 9
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc. v. Google Inc.

Case No. 17-1118, 17-1202

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☐ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☒ (name of party)

Screen Actors Guild-American Federation of Television and Radio Artists (SAG-AFTRA)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Screen Actors Guild-American Federation of Television and Radio Artists | Screen Actors Guild-American Federation of Television and Radio Artists | None |
| | | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Duncan W. Crabtree-Ireland

February 17, 2017
Date

/s/ Duncan W. Crabtree-Ireland
Signature of counsel

Please Note: All questions must be answered

Duncan W. Crabtree-Ireland
Printed name of counsel

cc: _____

Reset Fields