FORM 8. Entry of Appearance                                                Form 8
                                                                       Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc.  v.  Google, Inc.

No.  17-1118

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  Intellectual Property Scholars
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☒ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Antigone G. Peyton |
| Law Firm: | Cloudigy Law, PLLC |
| Address: | 8300 Greensboro Drive, Suite 1250 |
| City, State and Zip: | McLean, VA 22102 |
| Telephone: | 703-436-2033 |
| Fax #: | 703-436-2268 |
| E-mail address: | antigone.peyton@cloudigylaw.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  Aug. 10, 2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  Feb 17, 2017     Signature of pro se or counsel  /s/ Antigone G. Peyton

cc: _____

Reset Fields

# CERTIFICATE OF SERVICE

The undersigned certifies that on February 17, 2017 a true and correct copy of the foregoing brief was electronically filed using the appellate CM/ECF system. All counsel of record are registered CM/ECF users and will be served with a Notice of Docket Activity pursuant to Federal Circuit Local Rule 25.1(h).

Dated: February 17, 2017

*/s/ Antigone G. Peyton*

Antigone G. Peyton