# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oracle America, Inc. v. Google Inc.

No. 17-1118, -1202

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ☒ As counsel for: Mozilla Corporation
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ☒ Amicus curiae ☐ Cross Appellant

☐ Appellant ☐ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant ☒ Respondent or appellee

---

Name: Marcia Hofmann
Law Firm: Zeitgeist Law PC
Address: 25 Taylor Street
City, State and Zip: San Francisco, CA 94102
Telephone: (415) 830-6664
Fax #:
E-mail address: marcia@zeitgeist.law

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing ______________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 11, 2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date May 30, 2017 Signature of pro se or counsel /s/ Marcia Hofmann

cc: ______________

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 30, 2017
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Marcia Hofmann | /s/ Marcia Hofmann |
|---|---|
| Name of Counsel | Signature of Counsel |


| | |
|---|---|
| Law Firm | Zeitgeist Law PC |
| Address | 25 Taylor Street |
| City, State, Zip | San Francisco, CA 94102 |
| Telephone Number | (415) 830-6664 |
| Fax Number | |
| E-Mail Address | marcia@zeitgeist.law |


NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields