NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ORACLE AMERICA, INC.,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC,**
*Defendant-Cross-Appellant*

2017-1118, 2017-1202

Appeals from the United States District Court for the Northern District of California in No. 3:10-cv-03561-WHA, Judge William H. Alsup.

**ON MOTION**

Before O'MALLEY, PLAGER, and TARANTO, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Appellee Google Inc. ("Google") has filed a motion to amend the caption of this action to reflect a recent change in Google's corporate form from a corporation to a limited liability corporation. Thus, it seeks to substitute Google

LLC for Google Inc. in all further captions in this proceeding.

Oracle initially opposed this motion because Google's request did not make clear that the proposed substitution would not affect Google's liability in this matter or Oracle's ability to collect any judgment to be rendered upon remand of this action. In its reply, Google has now provided the assurances Oracle sought. Specifically, Google has made the following representation to the court: "Google LLC retains all of Google Inc.'s obligations, debts, and liabilities, as well as all of Google Inc.'s assets." Google's Reply in Support of its Mot. to Amend the Caption at 3, *Oracle Am., Inc. v. Google Inc.*, Nos. 17-1118, -1202 (Fed. Cir. Oct. 16, 2017), ECF No. 234. Premised on this representation, Google asserts that Oracle's concerns about liability and collectability in this matter are not well-founded.

Based on the explanations and assurances provided in Google's reply, the motion to amend the caption in this appeal is granted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Google's motion to amend the caption is granted.

(2) The revised official caption is reflected above.

FOR THE COURT

  March 27, 2018     /s/ Peter R. Marksteiner
       Date                 Peter R. Marksteiner
                                Clerk of Court