# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 7, 2021

Clerk
United States Court of Appeals
for the Federal Circuit
Howard T. Markey Courts Bldg.
717 Madison Place, NW
Washington, DC 20439-3045

**Re: Google LLC**
**v. Oracle America, Inc.,**
**No. 18-956 (Your docket Nos. 2017-1118, 2017-1202)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc: All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 7, 2021

Mr. Thomas C. Goldstein Esq.
Goldstein & Russell, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20814

**Re: Google LLC
v. Oracle America, Inc.,
No. 18-956**

Dear Mr. Goldstein:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Federal Circuit.

The petitioner is given recovery of costs in this Court as follows:

| | | |
|---|---|---|
| **Printing of record:** | **$22,830.75** | **(3 Vols.)** |
| **Clerk's costs:** | **300.00** | |
| **Total:** | **$23,130.75** | |

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Herve' Bocage
Judgments/Mandates Clerk

cc: All counsel of record
Clerk, USCA Fed. Cir.
(Your docket Nos. 2017-1118, 2017-1202)

# Supreme Court of the United States

**No. 18-956**

**GOOGLE LLC,**

Petitioner

**v.**

**ORACLE AMERICA, INC.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Federal Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Federal Circuit for further proceedings in conformity with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner Google, LLC recovers from Oracle America, Inc., Twenty-three Thousand One Hundred and Thirty Dollars and Seventy-five Cents ($23,130.75) for costs herein expended.

April 5, 2021

**Justice Barrett took no part in the consideration or decision of this case.**

| | | |
|---|---|---|
| **Printing of record:** | **$22,830.75** | **(3 Vols.)** |
| **Clerk's costs:** | **300.00** | |
| **Total:** | **$23,130.75** | |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States

Scott S. Harris