NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ORACLE AMERICA, INC.,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Cross-Appellant*

---

2017-1118, 2017-1202

---

Appeals from the United States District Court for the Northern District of California in No. 3:10-cv-03561-WHA, Judge William H. Alsup.

---

Before O'MALLEY, PLAGER, and TARANTO, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Upon consideration of the judgment of the Supreme Court of the United States in *Google LLC v. Oracle America, Inc., No. 18-956*, reversing and remanding to this court for further proceedings consistent with the opinion of the Supreme Court,

IT IS ORDERED THAT:

(1) The mandate of this court issued on September 4, 2018 is recalled solely with respect to fair use.

(2) Appeal No. 2017-1118 is reinstated.

(3) This court's March 27, 2018 judgment on the question of fair use is vacated.

(4) The district court's final judgment in favor of Google is affirmed.

(5) No costs.

FOR THE COURT

May 14, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court